


Page 2

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Eastern District of Virginia |
|---|---|
| Name (under which you were convicted): Samuel Manning | Docket or Case No.: 4:07-CR-00081-2 |
| Place of Confinement: USP Big Sandy P O Box 2068 Inez, KY 41224 | Prisoner No.: 57039-083 |
| UNITED STATES OF AMERICA v. | Movant (include name under which you were convicted) Samuel Manning |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   United States District Court for the Eastern District of Virginia Newport News Division

   (b) Criminal docket or case number (if you know): 4:07-CR-00081-2

2. (a) Date of the judgment of conviction (if you know): 5/26/2011

   (b) Date of sentencing: 5/24/2011

3. Length of sentence: Life

4. Nature of crime (all counts):

   21:846 Conspiracy to Distribute Cocaine Base also known as "Crack"
   18-924 Use of firearm in furtherance of drug crime causing death of another
   18-924 Use of firearm in furtherance of drug crime



FILED
OCT - 3 2013
CLERK, US DISTRICT COURT
NORFOLK, VA

5. (a) What was your plea? (Check one)

   (1) Not guilty ☑    (2) Guilty ☐    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☑    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☑   No ☐

8. Did you appeal from the judgment of conviction?   Yes ☑   No ☐

9. If you did appeal, answer the following:

   (a) Name of court:  United States USCA 4th Circuit

   (b) Docket or case number (if you know):  11-4588

   (c) Result:  The Decision of the District Court was Affirmed

   (d) Date of result (if you know):  1/20/2012

   (e) Citation to the case (if you know):  Fed. R. App. P. 41 (d) (1)

   (f) Grounds raised:

   Ground 1- The trial court erred when it denied manning's pretrial Motion to Dismiss Superseding Indictment on immunity grounds.

   Ground 2- No reasonable jury could have found the evidence sufficient to support a verdict of guilt beyond a reasonable doubt on all counts for which Manning was found guilty

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☑   No ☐

   If "Yes," answer the following:

   (1) Docket or case number (if you know):  11-10847

   (2) Result:
   Supreme Court denied certiorari.

   (3) Date of result (if you know):  10/2/2012

   (4) Citation to the case (if you know):  N/A

   (5) Grounds raised:

   Grounds not raised because Petition for Certiorari was denied.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:  N/A

       (2) Docket or case number (if you know):  N/A

       (3) Date of filing (if you know):

(4) Nature of the proceeding: N/A

(5) Grounds raised:

N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☑

(7) Result: N/A

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know):

(4) Nature of the proceeding: N/A

(5) Grounds raised:

N/A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☑

(7) Result: N/A

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:      Yes ☐   No ☑

(2) Second petition:    Yes ☐   No ☑

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts and law</u> supporting each ground.

GROUND ONE: __Ineffective Assitance of Counsel_____

(a) Supporting facts and law (State the specific facts and law that support your claim.):
Whether in light of Lafler v. Cooper, 132 S. Ct. 136 (2012), Manning's attorney was ineffective and his pretrial representation fell below the wide range of professional competence demanded by the Sixth Amendment by failing to attempt to negotiate a reasonable Plea Agreement which would have avoided Manning receiving a life sentence.

(See attached Memorandum of Law)

_____

_____

_____

_____

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: __This issue is usually addressed in a collateral review_____

_____

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

GROUND TWO:   Ineffective Assistance of Counsel

(a) Supporting facts and law (State the specific facts and law that support your claim.):
Whether Manning's legal counsel was ineffective in his counsel for Manning for moving before the court to substitute additional peremptory challenges during voir dire in exchange for Manning's silence concerning his state trial in which he was acquitted for murder and for which was being retried by this instant matter.
(See attached Memorandum of Law)

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: **This type issue is usually addressed in a collateral review.**

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

GROUND THREE: <u>Court Error</u>

(a) Supporting facts and law (State the specific facts and law that support your claim.):
<u>Whether the Court erred by ordering that the defense would be allowed additional peremptory challenges in exchange for Manning's silence concerning his state trial in which he was acquitted for the same murder which was retried in this instant matter.</u>
<s>(See the attached Memorandum of Law)</s>

(b) Direct Appeal of Ground Three:
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
  (2) If you did not raise this issue in your direct appeal, explain why: <u>This type issue is usually addressed in a collateral review.</u>

(c) Post-Conviction Proceedings:
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒
  (2) If your answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____
  Docket or case number (if you know): _____
  Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ❏  No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ❏  No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏  No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts and law (State the specific facts and law that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____

(b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑ No ❑

    (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑ No ❑

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑ No ❑

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑ No ❑

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑ No ❑

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

NO

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:
Lawrence Woodard, Jr. 4525 South Virginia Beech, VA 23452

(b) At arraignment and plea:
Lawrence Woodard, Jr. 4525 South Virginia Beech, VA 23452

(c) At trial:
Lawrence Woodard, Jr. 4525 South Virginia Beech, VA 23452 & Jon Babineau Norfolk, VA

(d) At sentencing:
Lawrence Woodard, Jr. 4525 South Virginia Beech, VA 23452 & Jon Babineau 109 Main St. Ste. 413 Norfolk, VA 23510

(e) On appeal:

Jon Babineau 109 Main St. Ste. 413 Norfolk, VA 23510

(f) In any post-conviction proceeding:

Jon Babineau 109 Main St. Ste. 413 Norfolk, VA 23510

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:  N/A

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:  N/A

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☑

(e) On appeal:

Jon Babineau 109 Main St. Ste. 413 Norfolk, VA 23510

(f) In any post-conviction proceeding:

Jon Babineau 109 Main St. Ste. 413 Norfolk, VA 23510

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☑

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

    (b) Give the date the other sentence was imposed:

    (c) Give the length of the other sentence:   N/A

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☑

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

> A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
> (1) the date on which the judgment of conviction became final;
> (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
> (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
> (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, Manning respectfully requests that the Court grant the following relief:

Vacate his conviction and sentence to start anew; alternatively, grant an Evidentiary Hearing to further prove his Grounds set forth above, resolve disputed facts, expand the record or any other relief to which this Court deems he may be entitled.

Respectfully submitted,

*Samuel Manning*
SAMUEL MANNING
#57039-083
USP BIG SANDY
P. O. BOX 2068
INEZ, KY 41224
APPEARING *PRO SE*

## DECLARATION OF SAMUEL MANNING

I, Samuel Manning, declarant herein, declare and attest to the facts in the above and foregoing Memorandum of Law in Support of Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody to be true and correct to the best of my knowledge under the penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: September 25, 2013

*Samuel Manning*
SAMUEL MANNING